UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____
**SHANNON WARNER**             :     Case No. 1:15-cv-00788-LJV
    **Plaintiff**                       :
                                              :
    **vs.**                               :
                                              :
**ADMIN RECOVERY LLC, et. al.**  :
    **Defendants**                    :
_____:

## NOTICE OF VOLUNTARY DISMISSAL

    PLEASE TAKE NOTICE that Plaintiff, SHANNON WARNER, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismiss the action captioned above against ADMIN RECOVERY LLC, with prejudice. Each party is responsible for their own attorney's fees.

                                        BY: _/s/Brent F. Vullings_
                                        Brent F. Vullings, Esq.
                                        Attorney for Plaintiff
                                        bvullings@vullingslaw.com
                                        Vullings Law Group, LLC
                                        3953 Ridge Pike, Suite 102
                                        Collegeville, PA 19426
                                        610-489-6060